REX D. DAVIS Justice,
dissenting.
I respectfully dissent to the majority’s dismissal of this appeal without affording the appellant an opportunity to cure the Chapter 14 deficiency. See Ex parte N.C., 456 S.W.3d 358, 360-61, 2015 WL 525150, at *3 n. 1 (Tex.App.-Waco Jan. 22, 2015, no pet. h.) (Davis, J., dissenting).
I believe that the correct practice is to notify the appellant of the section 14.004 deficiency and allow the appellant an opportunity to cure the deficiency before dismissal. See Tex.R.App. P. 44.3; Higgins v. Randall County Sheriff's Office, 193 *154 S.W.3d 898 (Tex.2006); Verburgt v. Dorner, 959 S.W.2d 615, 616-17 (Tex.1997).